```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

EMPLOYERS INSURANCE COMPANY
OF WASAU, as subrogee of
INLAND PRIVATE CAPITAL
CORPORATION, and CERTAIN
UNDERWRITERS OF LLOYD'S,
LONDON, Subscribing to
Policy No.: YAC-L9L-470451-
012, as subrogee of INLAND
PRIVATE CAPITAL
CORPORATION,

      Plaintiffs,

v.                          Case No:  2:23-cv-773-JES-NPM

BL COMPANIES, INC., ROGERS
MECHANICAL CONTRACTORS FL
3, LLC, TRANE U.S., INC.,
and KHARL RODRIGUEZ,

      Defendants.

&

ROGERS MECHANICAL
CONTRACTORS FL 3, LLC,

         Cross-Claimant
         and Cross-
         Defendant,

v.

TRANE U.S., INC.,

         Cross-Claimant
         and Cross-
         Defendant.

&

TRANE U.S., INC.,

        Third-Party
        Plaintiff,

v.

FATH, INC.,

        Third-Party
        Defendant.

## ORDER

This matter comes before the Court on the Joint Response to Court Order for Supplemental Briefing (Doc. #219) filed by Cross-Claimants/Cross-Defendants Trane U.S., Inc. and Rogers Mechanical Contractors FL 3, LLC.

Trane previously filed a Motion to Dismiss (Doc. #204) Count IV of Rogers's Second Amended Crossclaim ("SAC") (Doc. #188). Trane contended that Count IV of Rogers's SAC — a claim of negligence — was barred by the independent tort doctrine. (Doc. #204, pp. 10-15.) But Count IV of Trane's own Crossclaim (Doc. #123) asserted a similar claim of negligence against Rogers, (id. at 42). The Court thus ordered supplemental briefing on "[w]hether Count IV of Trane's Crossclaim should stand or fall on the same grounds advanced in Trane's pending motion to dismiss." (Doc. #212, p. 2.)

In their Joint Response, Rogers and Trane notify the Court that they have conferred and have agreed to withdraw their "pending cross-claims for Negligence . . . without prejudice." (Doc. #219,

p. 2.)  Thus, Rogers and Trane request "ten (10) days to file amended complaints dropping their claims against each other for Negligence only."  (Id. at 4.)

Accordingly, it is now

**ORDERED**:

1. Cross-Claimants/Cross-Defendants Trane U.S., Inc.'s and Rogers Mechanical Contractors FL 3, LLC's Joint Request to file amended complaints withdrawing their pending crossclaims for Negligence is **GRANTED**.  The amended crossclaims shall be filed no later than **May 2, 2025**.

2. In light of the forthcoming amended crossclaims, Trane's Motion to Dismiss (Doc. #204) Count IV of Rogers's Second Amended Crosscliam ("SAC") is **DENIED** as **MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this __22nd__ day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record